In the Matter of the Probate of the Will of OLGA S. NODING, Deceased. CLEO M. BUNKER, Appellant and Respondent; WALTER A. DONNELLY, Special Guardian for SVERRE SVENKESON, an Incompetent, Respondent and Appellant.

Argued May 20, 1948; decided June 11, 1948.

*John F. X. Browne* for proponent, appellant and respondent.

*Walter A. Donnelly,* in person, and *James A. Donnelly* for contestant, respondent and appellant.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.